**Electronically Filed
Supreme Court
SCWC-29688
29-JAN-2015
12:35 PM**

SCWC-29688

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

HENRY POMROY, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29688; Report No. C06030300 (3P207-738))

ORDER OF CORRECTION
(By: McKenna, J.)

IT IS HEREBY ORDERED that the Opinion of the Court, filed on January 31, 2014, is corrected as follows:

On page 25, the attorney credit shall read "Roland J. Talon, for respondent," instead of "Sonja P. McCullen, for respondent."

The Clerk of the Court is directed to administratively close this case.

DATED:  Honolulu, Hawaiʻi, January 29, 2015.

/s/ Sabrina. S. McKenna

Associate Justice